IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPTIONMONSTER HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DELICIOUS MONSTER, LLC, <br><br> Defendant. | No. |

**OPTIONMONSTER HOLDINGS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3.2, the Plaintiff, OptionMonster Holdings, Inc., by and through its attorneys Kelley Drye & Warren LLP, makes the following disclosure to the Court:

1. OptionMonster Holdings, Inc. does not have a parent corporation. OptionMonster Holdings, Inc. has two subsidiaries: OM Media, LLC and OM Securities, LLC.

2. Knight Capital Group (NASDAQ: NITE) is publicly traded and owns more than 10% of stock in OptionMonster Holdings, Inc.

CH01/PLATC/227904.1

Dated: February 12, 2008

                                    /s/ _____
                                    One of the Attorneys for Plaintiff,
                                    OptionMonster Holdings, Inc.

Timothy R. Lavender
Caroline C. Plater (#6256076)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 857-7070