AO 121 (6/90)

| TO: | |
|---|---|
| **COMMISSIONER OF PATENTS AND TRADEMARKS (USPTO)**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OF DETERMINATION OF AN ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br><br>08 cv 894 | DATE FILED<br>01/12/08 | UNITED STATES DISTRICT COURT,<br>NORTHERN DISTRICT OF ILLINOIS,<br>EASTERN DIVISION |
|---|---|---|
| PLAINTIFFS<br> OptionMonster Holdings, Inc. | | DEFENDANTS<br>Delicious Monster, LLC. |

| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. See attached | See attached | See attached |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following trademarks(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[  ] Amendment     [ ] Answer     [ ] Cross Bill     [ ] Other Pleading | |
|---|---|---|
| **TRADEMARK NUMBER** | **DATE OF TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| CLERK     MICHAEL W. DOBBINS | (BY) DEPUTY CLERK<br>Cynthia D.  Young<br><br>/s/Cynthia D. Young | DATE<br>01/12/08 |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner          Copy 4 - Case file copy

1

# Exhibit A

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,209,746

Registered Feb. 13, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# OPTIONMONSTER

OPTIONMONSTER HOLDINGS, INC. (DELA-
WARE CORPORATION)
175 WEST JACKSON BLVD.
SUITE 200
CHICAGO, IL 60606

FOR: SECURITIES TRADING AND INVESTING
SERVICES VIA THE INTERNET, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 8-17-2005; IN COMMERCE 8-24-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-704,448, FILED 8-31-2005.

RAUL CORDOVA, EXAMINING ATTORNEY

U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE: If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550. Please include the serial number of your application on ALL correspondence with the USPTO.

**ISSUE DATE:** Jan 1, 2008

Jean Marie R. Pechette
Kelley Drye & Warren LLP
333 W. Wacker Drive, Suite 2600
Chicago IL 60606

---

## ** IMPORTANT INFORMATION:  6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce. You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark. You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request"). If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed. Applicant may file a total of five (5) extension requests. FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF YOUR APPLICATION.

Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees. Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important information. Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online. If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

---

## The following information should be reviewed for accuracy:

SERIAL NUMBER:          78/954266
MARK:                   OM (AND DESIGN)
OWNER:                  OptionMonster Holdings, Inc.
                        Suite 200
                        175 West Jackson Blvd.
                        Chicago , ILLINOIS  60606

This application has the following bases, but not necessarily for all listed goods/services:
    Section 1(a): NO              Section 1(b): YES              Section 44(e): NO

## GOODS/SERVICES BY INTERNATIONAL CLASS

016 -    Printed training course materials in the fields of stocks, options and futures investment strategies -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

---

**ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS**

U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE: If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550. Please include the serial number of your application on ALL correspondence with the USPTO.

**ISSUE DATE:** Jan 15, 2008

Jean Marie R. Pechette
Kelley Drye & Warren LLP
333 W. Wacker Drive, Suite 2600
Chicago IL 60606

---

### ** IMPORTANT INFORMATION:  6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce. You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark. You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request"). If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed. Applicant may file a total of five (5) extension requests. FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF YOUR APPLICATION.

Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees. Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important information. Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online. If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

---

### The following information should be reviewed for accuracy:

SERIAL NUMBER:           78/954256
MARK:                    OM (AND DESIGN)
OWNER:                   OptionMonster Holdings, Inc.
                         Suite 200
                         175 West Jackson Blvd.
                         Chicago , ILLINOIS   60604

This application has the following bases, but not necessarily for all listed goods/services:
    Section 1(a): NO              Section 1(b): YES           Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

041 -    Educational services, namely providing webcast training courses concerning the fields of stocks, options and futures investment strategies; providing interactive training programs in the nature of Internet training courses concerning stocks, options and futures; and publishing of books -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

**ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS**

U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE: If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550. Please include the serial number of your application on ALL correspondence with the USPTO.

**ISSUE DATE:** Jan 15, 2008

Jean Marie R. Pechette
Kelley Drye & Warren LLP
333 W. Wacker Drive, Suite 2600
Chicago IL 60606

---

## ** IMPORTANT INFORMATION:  6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce. You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark. You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request"). If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed. Applicant may file a total of five (5) extension requests. FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE <u>ABANDONMENT</u> OF YOUR APPLICATION.

Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees. Therefore, we encourage use of the USPTO forms, available online at <u>http://www.uspto.gov/teas/index.html</u> (under "File a PRE-registration form"), to avoid the possible omission of important information. Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online. If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

---

## The following information should be reviewed for accuracy:

| | |
|---|---|
| SERIAL NUMBER: | 78/954264 |
| MARK: | OM (AND DESIGN) |
| OWNER: | OptionMonster Holdings, Inc. |
| | Suite 200 |
| | 175 West Jackson Blvd. |
| | Chicago , ILLINOIS  60604 |

This application has the following bases, but not necessarily for all listed goods/services:
Section 1(a): NO            Section 1(b): YES            Section 44(e): NO

## GOODS/SERVICES BY INTERNATIONAL CLASS

036 -     Securities trading for others via the Internet; Providing for the exchange of securities via the Internet; Financial investment via the Internet in the field of securities; Financial services, namely, providing investment advice, analysis, consultation, and research via the Internet -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

**ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS**

U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE: If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550. Please include the serial number of your application on ALL correspondence with the USPTO.

**ISSUE DATE:** Jan 15, 2008

Jean Marie R. Pechette
Kelley Drye & Warren LLP
333 W. Wacker Drive, Suite 2600
Chicago IL 60606

---

### ** IMPORTANT INFORMATION:  6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce. You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark. You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request"). If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed. Applicant may file a total of five (5) extension requests. FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF YOUR APPLICATION.

Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees. Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important information. Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online. If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

---

### The following information should be reviewed for accuracy:

SERIAL NUMBER:         78/954297
MARK:                  OM (AND DESIGN)
OWNER:                 OptionMonster Holdings, Inc.
                       Suite 200
                       175 West Jackson Blvd.
                       Chicago , ILLINOIS  60604

This application has the following bases, but not necessarily for all listed goods/services:
    Section 1(a): NO              Section 1(b): YES              Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

009 -    Pre-recorded DVDs featuring training courses in the fields of stocks, options, bonds, warrants and futures -- FIRST USE DATE: NONE; -- USE
         IN COMMERCE DATE: NONE

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

---

**ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS**