IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPTIONMONSTER HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DELICIOUS MONSTER, LLC, <br><br> Defendant. | No. 08 cv 894 <br><br> Honorable Elaine E. Bucklo |

## CERTIFICATE OF SERVICE

Caroline C. Plater, an attorney for Plaintiff, certifies that on the 25th day of February, she caused copies of the notice and all other information forwarded by the Court concerning the Court's Lanham Act Mediation Program to be sent via email to Dirk Mueller, CEO of Plaintiff, OptionMonster Holdings, Inc. as well as counsel who has indicated she will represent Defendant, Delicious Monster, Inc., once Defendant has been served, Rebecca S. Ashbaugh, Stanislaw Ashbaugh, Columbia Center, 701 Fifth Avenue, Suite 4400, Seattle, WA 98104.

/s/ Caroline C. Plater
Caroline C. Plater

CH01/PLATC/228616.1