IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPTIONMONSTER HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DELICIOUS MONSTER, LLC, <br><br> Defendant. | No. 08 cv 894 <br><br> Honorable Elaine E. Bucklo |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the 6th day of March, 2008, we caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, Kelley Drye & Warren LLP's Certificate of Service, a copy of which is attached and hereby served upon you.

/s/ Caroline C. Plater
One of the Attorneys for Plaintiff,
OPTIONMONSTER HOLDINGS, INC.

Timothy R. Lavender
Caroline C. Plater (#6256076)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL  60606
(312) 857-7070

CH01/PLATC/228634.1