**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| OPTIONMONSTER HOLDINGS, INC., | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 08-c-00894 |
| | ) | |
| DELICIOUS MONSTER, LLC, | ) | Honorable Ronald A. Guzman |
| Defendant. | ) | |
| | ) | Magistrate Judge Brown |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Steven L. Katz, do hereby state that CM/ECF served the foregoing NOTICE OF MOTION

and DEFENDANT'S MOTION FOR ORDER OF DISMISSAL upon Caroline Claire Plater of

Kelley, Drye & Warren., via e-mail at cplater@kelleydrye.com on the 14th day of March, 2008.

/s/ Steven L. Katz_____

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
(312)245-7500

N:\SYS23\11055\Cert of service\00070002.doc