IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPTIONMONSTER HOLDINGS, INC., <br> Plaintiff <br><br> v. <br><br> DELICIOUS MONSTER, LLC, <br> Defendant. | Case No. 08-c-00894 <br><br> Honorable Ronald A. Guzman <br><br> Magistrate Judge Brown |

## NOTICE OF MOTION

TO:  Caroline Claire Plater
      Kelley, Drye & Warren
      333 West Wacker Drive, Suite 2600
      Chicago, Illinois 60606

PLEASE TAKE NOTICE that on the 20TH day of March, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the Defendant, DELICIOUS MONSTER, LLC., by and through its attorney, Steven L. Katz of MASUDA, FUNAI, EIFERT & MITCHELL, LTD., shall appear before the Honorable Judge Guzman in Courtroom 1219 of the U.S. District Court Building at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **DEFENDANT'S MOTION FOR ORDER OF DISMISSAL**, at which time you may appear as you see so fit.

**DELICIOUS MONSTER, LLC**

By:  /s/ Steven L. Katz
       One of its attorneys

Steven L. Katz
Masuda, Funai, Eifert & Mitchell, Ltd.
203 N. LaSalle Street, Suite 2500
Chicago, IL 60601
(312) 245-7500

Of Counsel:

Mark Rosencrantz
Stanislaw Ashbaugh
Columbia Center
701 Fifth Avenue, Suite 4400
Seattle, WA 98104
(206) 386-5900


Attorneys for Defendant