IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPTIONMONSTER HOLDINGS, INC., | |
| Plaintiff, | No. 08 cv 894 |
| v. | Honorable Ronald A. Guzman |
| DELICIOUS MONSTER, LLC, | |
| Defendant. | |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on the 8th day of April, 2008, we caused to be filed with the United States District Court for the Northern District of Illinois Eastern Division, Plaintiff's Response to Defendant's Motion for Order of Dismissal, a copy of which is attached and hereby served upon you.

/s/ Caroline C. Plater
One of the Attorneys for Plaintiff,
OPTIONMONSTER HOLDINGS, INC.

Timothy R. Lavender
Caroline C. Plater (#6256076)
Matthew Luzadder (#6283424)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 857-7070

CH01/PLATC/229603.2

## CERTIFICATE OF SERVICE

Caroline C. Plater, an attorney, certifies that on the 8th day of April, she caused copies of **Plaintiff's Response to Defendant's Motion for Order of Dismissal** and **Notice of Filing** to be served to the following counsel of record via email before the hour of 11:00 p.m.:

Steven L. Katz
Masuda, Funai, Eifert & Mitchell Ltd.
203 N. LaSalle Street, Suite 2500
Chicago, IL 60601

/s/ Caroline C. Plater
Caroline C. Plater