**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

OptionMonster Holdings, Inc.
                                        Plaintiff,

v.                                                     Case No.: 1:08−cv−00894
                                                         Honorable Ronald A. Guzman

Delicious Monster, LLC
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 11, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman:Status hearing held on 4/11/2008. Amended pleadings and joinder of parties due by 6/30/2008. Fact discovery ordered closed by 8/11/2008. Expert reports due 9/11/08. Responsive reports due 10/11/08. Dispositive motions due by 12/11/2008. Status hearing set for 8/13/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.