IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPTIONMONSTER HOLDINGS, INC., <br> Plaintiff <br><br> v. <br><br> DELICIOUS MONSTER, LLC, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   Case No. 08-c-00894 <br> ) <br> )   Honorable Ronald A. Guzman <br> ) <br> )   Magistrate Judge Brown <br> ) |

## CERTIFICATE OF SERVICE

I, Steven L. Katz, do hereby state that CM/ECF served the foregoing NOTICE OF FILING and DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR ORDER OF DISMISSAL upon Caroline Claire Plater and Matthew Charles Luzadder of Kelley, Drye & Warren., via e-mail at cplater@kelleydrye.com and mluzadder@kelleydrye.com on the 22nd day of April, 2008.

/s/ Steven L. Katz

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
(312)245-7500

N:\SYS23\11055\Cert of service\00070003.doc