IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPTIONMONSTER HOLDINGS, INC., ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> DELICIOUS MONSTER, LLC, ) <br> Defendant. ) <br> ) <br> ) | Case No. 08-c-00894 <br><br> Honorable Ronald A. Guzman <br><br> Magistrate Judge Brown |

## NOTICE OF FILING

TO:   Caroline Claire Plater
      Matthew Charles Luzadder
      Kelley, Drye & Warren
      333 West Wacker Drive, Suite 2600
      Chicago, Illinois  60606

PLEASE TAKE NOTICE that on the 22nd day of April, 2008, the Defendant, DELICIOUS MONSTER, LLC, by and through its attorney, Steven L. Katz of MASUDA, FUNAI, EIFERT & MITCHELL, LTD., shall file **DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR ORDER OF DISMISSAL** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is hereby served upon you.

**DELICIOUS MONSTER, LLC**

By:  /s/ Steven L. Katz
     One of its attorneys

Steven L. Katz
Masuda, Funai, Eifert & Mitchell, Ltd.
203 N. LaSalle Street, Suite 2500
Chicago, IL 60601
(312) 245-7500

Of Counsel:

Mark Rosencrantz
Stanislaw Ashbaugh
Columbia Center
701 Fifth Avenue, Suite 4400
Seattle, WA 98104
(206) 386-5900


Attorneys for Defendant