IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPTIONMONSTER HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DELICIOUS MONSTER, LLC, <br><br> Defendant. | No. 08 cv 894 <br><br> Honorable Ronald A. Guzman |

## NOTICE OF MOTION

Please take notice that on **Tuesday, April 29, 2008 at 9:30 a.m.,** or as soon as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman, United States District Court Judge, or any judge sitting in his stead, in the courtroom usually occupied by him in room 1219, Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present the **PLAINTIFF'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 15 PAGES,** *INSTANTER*, a copy of which is attached hereto.

April 23, 2008

/s/ Matthew C. Luzadder
One of the Attorneys for Plaintiff,
OPTIONMONSTER HOLDINGS, INC.

Timothy R. Lavender
Caroline C. Plater
Matthew C. Luzadder
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL  60606
(312) 857-7070

CH01/LUZAM/230061.1

**CERTIFICATE OF SERVICE**

      Matthew C. Luzadder, an attorney, certifies that on the 23rd day of April, he caused copies of **PLAINTIFF'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 15 PAGES,** *INSTANTER* to be served to the following counsel of record to be served via Electronic Mail, pursuant to LR 5.9, before the hour of 5:30 p.m.:

Steven L. Katz
Masuda, Funai, Eifert & Mitchell Ltd.
203 N. LaSalle Street, Suite 2500
Chicago, IL 60601

                                    /s/ Matthew C. Luzadder
                                    Matthew C. Luzadder