IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPTIONMONSTER HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DELICIOUS MONSTER, LLC, <br><br> Defendant. | No. 08 cv 894 <br><br> Honorable Ronald A. Guzman |

**JOINT STATEMENT REGARDING PARTICIPATION IN THE VOLUNTARY MEDIATION PROGRAM FOR LANHAM ACT CASES**

Pursuant to Section V.A. of the procedures for the voluntary mediation program, the undersigned parties hereby file this joint statement concerning their participation in the program.

☐ A. The undersigned will participate in the Court's mediation program.

☐ B. The undersigned will not participate in the Court's mediation program because not all parties agree to take part in the program.

X C. The undersigned will not participate in the Court's mediation program for the reasons described below:

> The parties are working towards privately negotiating a settlement of the above captioned lawsuit and do not wish to participate in the Court's mediation program at this time.

☐ D. The undersigned will participate in another mediation program. (Note: A brief statement detailing the nature of the program must be attached).

| | |
|---|---|
| OptionMonster Holdings, Inc. | Delicious Monster, LLC |
| /s/ Caroline C. Plater | /s/ Mark Rosencrantz |
| April 24, 2008 | April 24, 2008 |
| Timothy R. Lavender <br> Caroline C. Plater <br> Matthew Luzadder <br> KELLEY DRYE & WARREN LLP <br> 333 West Wacker Drive - Suite 2600 <br> Chicago, IL 60606 <br> (312) 857-7070 | Mark Rosencrantz <br> (admitted *pro hac vice*) <br> STANISLAW ASHBAUGH <br> Columbia Center <br> 701 Fifth Avenue, Suite 4400 <br> Seattle, WA 98104 <br> (206)-386-5900 |