IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPTIONMONSTER HOLDINGS, INC., | |
| Plaintiff, | No. 08 cv 894 |
| v. | Honorable Ronald A. Guzman |
| DELICIOUS MONSTER, LLC, | |
| Defendant. | |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on the 24th day of April, 2008, we caused to be filed with the United States District Court for the Northern District of Illinois Eastern Division, Joint Statement Regarding Participation in the Voluntary Mediation Program for Lanham Act Cases, a copy of which is attached and hereby served upon you.

/s/ Caroline C. Plater
One of the Attorneys for Plaintiff,
OPTIONMONSTER HOLDINGS, INC.

Timothy R. Lavender
Caroline C. Plater (#6256076)
Matthew Luzadder (#6283424)
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL  60606
(312) 857-7070

## CERTIFICATE OF SERVICE

Caroline C. Plater, an attorney, certifies that on the 24th day of April, 2008, she caused copies of **Joint Statement Regarding Participation in the Voluntary Mediation Program for Lanham Acts** and **Notice of Filing** to be served to the following counsel of record via email before the hour of 5:00 p.m.:

Steven L. Katz
Erin M. Gaeke
Masuda, Funai, Eifert & Mitchell Ltd.
203 N. LaSalle Street, Suite 2500
Chicago, IL 60601

Mark Rosencrantz
Stanislaw Ashbaugh
Columbia Center
701 Fifth Avenue, Suite 4400
Seattle, WA 98104

/s/ Caroline C. Plater
Caroline C. Plater
