IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPTIONMONSTER HOLDINGS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DELICIOUS MONSTER, LLC,<br><br>    Defendant. | No. 08 cv 894<br><br>Honorable Ronald A. Guzman |

## NOTICE OF MOTION

Please take notice that on **Thursday, May 1st at 9:30 a.m.,** or as soon as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman, United States District Court Judge, or any judge sitting in his stead, in the courtroom usually occupied by him in room 1219, Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present the **Agreed Motion to Stay Discovery Pending Ruling on Defendant's Motion to Dismiss**, a copy of which is attached hereto.

April 25, 2008

/s/ Caroline C. Plater
One of the Attorneys for Plaintiff,
OPTIONMONSTER HOLDINGS, INC.

Timothy R. Lavender
Caroline C. Plater
Matthew C. Luzadder
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL  60606
(312) 857-7070

## CERTIFICATE OF SERVICE

      Caroline C. Plater, an attorney, certifies that on the 25th day of April, 2008, she caused copies of **Agreed Motion to Stay Discovery Pending Ruling on Defendant's Motion to Dismiss**; **Notice of Motion** to be served to the following counsel of record to be served via Electronic Mail, before the hour of 5:00 p.m.:

Steven L. Katz
Erin M. Gaeke
Masuda, Funai, Eifert & Mitchell Ltd.
203 N. LaSalle Street, Suite 2500
Chicago, IL 60601

Mark Rosencrantz
Stanislaw Ashbaugh
Columbia Center
701 Fifth Avenue, Suite 4400
Seattle, WA 98104

                          /s/ Caroline C. Plater
                          Caroline C. Plater