**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

OptionMonster Holdings, Inc.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−00894
                                                Honorable Ronald A. Guzman

Delicious Monster, LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

   MINUTE entry before Judge Honorable Ronald A. Guzman:Motion hearing held on 5/1/2008. Motion by Plaintiff OptionMonster Holdings, Inc., Defendant Delicious Monster, LLC to stay Discovery Pending Ruling on Defendant's Motion to Dismiss[29] is granted in part as stated in open Court. Discovery stayed 21 days. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.