UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

OptionMonster Holdings, Inc.
                  Plaintiff,

v.                                    Case No.: 1:08−cv−00894
                                            Honorable Ronald A. Guzman

Delicious Monster, LLC
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Status hearing set for 7/28/2008 at 09:30 AM. on Court's own motion.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.